# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| WELLS FARGO BANK, N.A. | : | No. 548 MAL 2018 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | : | |
| JOANNE R. RICCI A/K/A JOANNE R. | : | |
| PILCHESKY AND JOSEPH PILCHESKY | : | |
| | : | |
| | : | |
| PETITION OF: JOSEPH PILCHESKY | : | |

## ORDER

**PER CURIAM**

      **AND NOW**, this 21st day of February, 2019, the Petition for Allowance of Appeal is **DENIED**.